

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>CHRISTIAN FLORES,<br>    Defendant. | Case No. 21-MJ-3017<br>ORDER OF DETENTION |

I.

On June 24, 2021, Defendant made his initial appearance in this district, by consent to appear by video teleconference, on the complaint filed in the Southern District of California charging Defendant with importation of a controlled substance in violation of 21 U.S.C. § 952. Deputy Federal Public Defender David Wasserman was appointed to represent Defendant. At Defendant's request, the detention hearing was continued to June 29, 2021.

On June 29, 2021, a detention hearing was held via video teleconference.

☒ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

II.

The Court finds that no condition or combination of conditions will reasonably assure: ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive,

or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also considered all the evidence adduced at the hearing, the arguments of counsel, and the report and recommendation of the U.S. Pretrial Services Agency.

IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

☒ Defendant's failures to report in connection with a state parole matter in November 2020, while on pretrial release in the instant matter, culminated in his arrest by state authorities on June 15, 2021 and his transfer to federal custody pursuant to a detainer in connection with the instant case.

☒ Defendant failed to report to Pretrial Services or the court after conducting a post release interview with Pretrial Services in the Central District on September 21, 2020, and acknowledging that he had a duty to report and failed to submit his bond package to the Court as ordered by the Court.

☒ Unrebutted Presumption.

As to danger to the community:

☒ Defendant's criminal record includes a felony conviction for burglary in 2017.

☒ the allegations in the complaint.

☒ Unrebutted Presumption

V.

IT IS THEREFORE ORDERED that the defendant be detained until trial and be transported to the United States District Court for the Southern District of California for further proceedings.

<u>The Court directed both government counsel and defendant's counsel to follow up with government counsel in the charging district regarding Defendant's transportation to, and arrival in, the charging district for his next appearance.</u>

The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.
[18 U.S.C. § 3142(i)]

Dated: June 29, 2021                    _____/s/_____
                                        HON. ALKA SAGAR
                                        UNITED STATES MAGISTRATE JUDGE

3